05 1523
**FILED**

JAMES VERNON PARKS
(Petitioner)

JOSEPH V. SMITH
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

JUL 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, **James Vernon Parks, pro-se litigant** declare that I am the petitioner **FILED SCRANTON**
in the above entitled case; that in support of my motion to proceed without being required to prepay fees
costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said
proceedings or to give any security therefor; that I believe I am entitled to relief.

JUL 11 2005

PER _____
DEPUTY CLERK

Are you presently employed?   ☐ Yes   ☒ No

a.   If the answer is yes, states the amount of your salary or wages per month, and give the name
and address of your employer.

NOT APPLICABLE

b.   If the answer is no, state the date of last employment and the amount of salary and wages per
month which you received.

Last date of employment was _Feb 18, 2005_ $ _70_ per month

2.   Have you received, within the past twelve months, any money from any of the following sources?

a.   Business, profession, or form of self employment?   ☐ Yes   ☒ No
b.   Rent payment, interest or dividends?   ☐ Yes   ☒ No
c.   Pension, annuities or life insurance payments?   ☐ Yes   ☒ No
d.   Gifts or inheritances?   ☐ Yes   ☒ No
e.   Any other sources?   ☐ Yes   ☒ No

If the answer to any of the above is yes, describe each source of money and state the amount
received from each during the past twelve months.

NOT APPLICABLE

3.   Do you own any cash, or do you have any money in a checking or saving account?   (Include any
funds in prison accounts).

If the answer is yes, state the total value of the items owned.

NONE

4.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding
ordinary household furnishings)?   ☐ Yes   ☒ No

If the answer is yes, state the total value of the items owned.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Certified from the record

Date _7/18/05_

Mary E. D'Andrea, Clerk

Per _RM_

Page # 8 of 9

5.  List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

None.  $.0

I, declare *(or certify, verify or state)* under penalty of perjury that the foregoing is true and correct.

Executed on ___6-29-05___
*(date)*

"A. GIORDANI, PAROLE OFFICER"
AUTHORIZED BY ACT OF JULY 7, 1955
TO ADMINISTER OATHS
(18 U.S.C. 4004)

_James A. Parks_
*Signature of Petitioner*

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ ___0___

on account to his credit at the ___U.S.P. LEWISBURG___

institution where he is confined.  I further certify that Petitioner likewise has the following securities to his

credit according to the records of said_____    _____ institution _____

DATED_____

*Authorized Officer of Institution*

*Title of Officer*

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

A05-0096

# CERTIFICATE OF SERVICE

I, __James V. Parks, pro-se_____, hereby certify that I have served a true and correct copy of the foregoing:

**"Petition For A Writ of Habeas Corpus By a Person in Federal Custody, Pursuant 28 United States Code § 2241(c)(3) And Accompanying Memorandum of Points and Authorities in Support"**

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

**United States Attorney's Office**

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this __2 9__ day of __June__, 2005

Respectfully Submitted,

JAMES VERNON PARKS

REG. NO. 9503-007

"A. GIORDANI, PAROLE OFFICER"
AUTHORIZED BY ACT OF JULY 7, 1955
TO ADMINISTER OATHS
(18 U.S.C. 4004)