UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES V. PARKS,                          )
                                         )
         Petitioner,                     )
                                         )
    v.                                   )   Civil Action No. 05 1523
                                         )
JOSEPH V. SMITH, Warden,                 )
                                         )
         Respondent.                     )

FILED
JUL 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DISMISSAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

DATE: 7/29/05