OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, PA 17701-6460
Internet address: www.pamd.uscourts.gov



MARY E. D'ANDREA
Clerk of Court

July 18, 2005

(570) 323-6380
FAX (570) 323-0636

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Case Transfer -
Parks v. Smith
USDC-MDPa Civil No.: 4:CV-05-1383

Dear Clerk:

Enclosed please find certified copies of all the documents for the above case regarding transfer to the United States District Court for the District of Columbia, pursuant to Memorandum and Order dated July 18, 2005 by Judge McClure.

Please acknowledge receipt and return a copy of this letter to my attention.

Thank you.

Very truly yours,

Kathy A. McLaughlin
Deputy Clerk

Receipt Date:_____

_____, Clerk

CASE NUMBER  1:05CV01523

JUDGE: Unassigned

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 07/29/2005

**FILED**

JUL 29 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT