IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James V. Parks, pro se
    Petitioner

vs.

    05-1523 UNA
NO. 4:CV-05-1383

Joseph V. Smith, Warden,
    Respondant

## MOTION TO WITHDRAW PETITIONERS 28 U.S.C § 2254 MOTION FEDERAL HABEAS CORPUS

Petitioner, James V. Parks, pro se, prays this Honorable Court withdraws his motion. The petitioner initially submitted this motion as a 28 U.S.C § 2241 and filed it to the U.S District Court for the Middle District of Pennsylvania. That Court (Judge McClure) changed the title of my motion from 28 U.S.C § 2241 to 28 U.S.C § 2254 and transfer the motion to U.S District Court for the District of Columbia for further proceedings. Petitioner just received this notice and is requesting to withdraw this motion without prejudice.

Respectfully Submitted,

James Parks